IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 3:17cr162(4)

EDWARD BELLMAN,

    JUDGE WALTER H. RICE

    Defendant.

---

ORDER ON MOTIONS FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) (COMPASSIONATE RELEASE) (DOCS. #230, 233)

---

Upon motions of the defendant for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A) (Docs. #230, 233), IT IS ORDERED that the motions are DENIED WITHOUT PREJUDICE because the defendant has not exhausted all administrative remedies as required in 18 U.S.C. § 3582(c)(1)(A), nor have 30 days lapsed since receipt of the defendant's request by the warden of the defendant's facility.

July 20, 2021

*(signature)*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE